UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Travelers Indemnity
Company of Connecticut,
        Plaintiff(s),

v.

Zurich American Insurance
Company, et al.,
        Defendant(s).

CASE NO. 3:15-cv-2046 HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [x] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- [ ] other requested deadline _____

Dated: 07/14/15
        /s/ Nicholas P. Carrigan
        Attorney for Plaintiff

Dated: 07/14/15
        /s/ Randy M. Marmor
        Attorney for Defendant

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.
        s/: Nicholas P. Carrigan
        Nicholas P. Carrigan

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

- [ ] The parties' stipulation is adopted and IT IS SO ORDERED.
- [X] The parties' stipulation is modified as follows, and IT IS SO ORDERED.
  ```
  The mediation shall be held by the presumptive 90 day deadline.
  ```

Dated: 7/15/2015

*Haywood S. Gilliam Jr.*

UNITED STATES DISTRICT JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

**CERTIFICATE OF SERVICE**

I, Wendy J. Nunn declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 650 Town Center Drive, Suite 100, Costa Mesa, CA 92626. On **July 15, 2015**, I served a copy of the following documents:

**STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**

☐ (BY MAIL) I confirm that each such envelope, with postage thereon fully prepaid, has been or will be placed in the United States mail at Costa Mesa, California on **July 15, 2015**. I am readily familiar with the practice of The Aguilera Law Group, APLC, for collection and processing of correspondence and/or documents for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) By submitting said documents for Electronic Case Filing on **July 15, 2015**, pursuant to Local Rule 5-4 and General Order 45, The Aguilera Law Group, APLC, located at 650 Town Center Drive, Suite 100, Costa Mesa, CA 92626.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **July 15, 2015**, at Costa Mesa, California.

_/s/ Wendy J. Nunn_
Wendy J. Nunn

**SERVICE LIST**
*Travelers Indemnity Company of Connecticut vs. Zurich American Insurance Co., et al.*
*USDC / Northern District – San Francisco Division / Case No.:3:15-cv-2046-HSG*

| | |
|---|---|
| Blaise S. Curet, Esq.<br>Randy M. Marmor, Esq.<br>**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**<br>Two Embarcadero Center, Suite 1410<br>San Francisco, CA 94111<br>T: 415-352-6200 / F: 415-352-6224 | Attorneys for Defendant<br>**ZURICH AMERICAN INSURANCE COMPANY** |