1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; C. OVERAA & COMPANY, a California corporation; OVERAA/MILLER CONSTRUCTION, a California joint venture; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3-15-cv-2046-HSG<br><br>[PROPOSED] **ORDER ON STIPULATION RE: CASE MANAGEMENT CONFERENCE AND DEADLINES**<br><br>Action Filed: 05/06/15<br>Trial Date: None |

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel for Plaintiff, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and Defendant ZURICH AMERICAN INSURANCE COMPANY, and Civil L.R. 6-1(a), IT IS HEREBY ORDERED THAT:

The Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be continued from July 28, 2015 to August 25, 2015.

1  The Initial Case Management Conference in this matter, presently scheduled for
2  August 4, 2015 at 2:00 p.m., shall be continued to September 1, 2015 at 2:00 p.m., or to any
3  such later date that the Court may order.
4
5  IT IS SO ORDERED.
6
7  DATED: ___7/29/2015___          *Haywood S. Gilliam Jr.*
8                                  HON. HAYWOOD S. GILLIAM JR.
9                                  UNITED STATES DISTRICT COURT JUDGE