# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; C. OVERAA & COMPANY, a California corporation; OVERAA/MILLER CONSTRUCTION, a California joint venture; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3-15-cv-2046-HSG<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>Action Filed: 05/06/15 |

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered that:

The above entitled action is dismissed in its entirety without prejudice.

IT IS SO ORDERED.

DATED: 8/16/2015

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.

UNITED STATES DISTRICT COURT JUDGE

1